Harold W. FOSTER, Plaintiff—
Appellant,

and

Phillip Turpen; Michael Simmons,
Plaintiffs,

v.

Theodis BECK; Willard Jobe; Sandra
Pitman; Jack Louder; Utilization Re-
view Board, Defendants—Appellees.

No. 05–7159.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2005.

Decided: Nov. 29, 2005.

Harold W. Foster, Appellant Pro Se.

Before WILKINSON, LUTTIG, and
WILLIAMS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Harold W. Foster appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *See Fos-
ter v. Beck*, No. CA–05–232–03–MU–1
(W.D.N.C. filed July 7, 2005 & entered
July 8, 2005). We deny Foster's motion
for appointment of counsel. We dispense
with oral argument because the facts and

legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*